**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Christopher** First Name | **David** Middle Name | **Ganter** Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known)  **16-40152**

☐ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property                                                                 12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☐ No. Go to Part 2.
    ☑ Yes. Where is the property?

1.1.

**10521 Rogers Road, Frisco, Texas 75023**

_____
County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$410,000.00** | **$410,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☑ **Check if this is community property** (see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................................** →  | **$410,000.00** |

### Part 2:    Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

    ☐ No
    ☑ Yes

Debtor 1    **Christopher**      **David**        **Ganter**                    Case number (if known)    **16-40152**
            First Name          Middle Name        Last Name

| 3.1. | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

3.1.
Make:    **Jeep**

Model:    **Wrangler**

Year:    **2003**

Approximate mileage:    **43,000**

Other information:
**2003 Jeep Wrangler (approx. 43000 miles)**

Who has an interest in the property?
Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$7,500.00** | **$7,500.00** |

**4.    Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
- ☐ No
- ☑ Yes

4.1.
Make:    _____

Model:    _____

Year:    _____

Other information:
**10' Ranch Trailer**

Who has an interest in the property?
Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$500.00** | **$500.00** |

**5.    Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................** ➡

| **$8,000.00** |
|---|

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6.    Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
- ☐ No
- ☑ Yes. Describe.....    **household goods (approximate)**                                    $25,000.00

**7.    Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
- ☐ No
- ☑ Yes. Describe.....    **electronics (approximate)**                                         $5,000.00

**8.    Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
- ☐ No
- ☑ Yes. Describe.....    **Picture**                                                          $250.00

**9.    Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
- ☐ No
- ☑ Yes. Describe.....    **Baseball glove, volleyball equipemnt, golf clubs (approximate)**    $500.00

**10.   Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
- ☐ No
- ☑ Yes. Describe.....    **22 caliber rifle**                                                 $50.00

Debtor 1   **Christopher**       **David**         **Ganter**                    Case number (if known)   **16-40152**
          First Name          Middle Name        Last Name

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ☑ Yes. Describe.....   **clothes (approximate)**                                          $5,000.00

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ☑ Yes. Describe.....   **wedding ring**                                                  $80.00

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ☑ Yes. Describe.....   **labrador and aussie shepard**                                   $150.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ☑ No
   ☐ Yes. Give specific information............                                             _____

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.................................................... ➔   $36,030.00

---

| Part 4: | Describe Your Financial Assets |
| --- | --- |

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ☑ Yes..........................................................................   Cash: ........................   $250.00

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☑ No
   ☐ Yes............................   Institution name:

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☑ No
   ☐ Yes............................   Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ☑ Yes. Give specific information about them........................

| Name of entity: | % of ownership: | |
| --- | --- | --- |
| **Blue Star Holding, Co.** | 25% | $0.00 |
| **Ganter Global, LLC** | 100% | $0.00 |
| **HP Locate, LLC** | 100% | $0.00 |
| **TCD Construction, LLC** | | $0.00 |

Debtor 1    **Christopher        David        Ganter**                    Case number (if known)  **16-40152**
                First Name        Middle Name    Last Name

| | | |
|---|---|---|
| **Paydirt Real Estate Investment Trust** | | $0.00 |
| **HP Debt Exchange, LLC** | | $0.00 |
| **HP Locate, LLC** | | $0.00 |
| **Crossland Concepts, LLC** | | $0.00 |
| **Non Owner Occupied Money, LLC** | | $0.00 |
| **Heritage Pacific Financial, LLC** | | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
   information about
   them...........................    Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
   profit-sharing plans

☑ No
☐ Yes. List each
   account separately.    Type of account:        Institution name:

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies or others

☑ No
☐ Yes............................    Institution name or individual:

23. **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes............................    Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☑ No
☐ Yes............................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or**
**powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
   information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
   information about them

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific
   information about them

Debtor 1   **Christopher   David   Ganter**      Case number (if known)   **16-40152**

First Name        Middle Name        Last Name

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

| | |
|---|---|
| Federal: | **$0.00** |
| State: | **$0.00** |
| Local: | **$0.00** |

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information

| | |
|---|---|
| Alimony: | **$0.00** |
| Maintenance: | **$0.00** |
| Support: | **$0.00** |
| Divorce settlement: | **$0.00** |
| Property settlement: | **$0.00** |

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No

☑ Yes. Give specific information   **Claims against Tri-mark insurance**          **Unknown**

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company of each policy and list its value...............

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Term life insurance policy with Fidelity** | | **$0.00** |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No

☐ Yes. Give specific information

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim........

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......................................................** ➔   **$250.00**

Debtor 1   **Christopher     David     Ganter**          Case number (if known) **16-40152**
       First Name     Middle Name    Last Name

---

**Part 5:**   **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37.  **Do you own or have any legal or equitable interest in any business-related property?**

☑ No.  Go to Part 6.
☐ Yes.  Go to line 38.

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

38.  **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..                                              _____

39.  **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
         desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..                                              _____

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..                                              _____

41.  **Inventory**

☑ No
☐ Yes.  Describe..                                              _____

42.  **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                    % of ownership:

43.  **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

          ☐ No
          ☐ Yes.  Describe.....                              _____

44.  **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have**
    **attached for Part 5. Write that number here**..................................................................... ➜  | **$0.00** |

---

**Part 6:**   **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
    **If you own or have an interest in farmland, list it in Part 1.**

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

Debtor 1   **Christopher**     **David**         **Ganter**          Case number (if known)   **16-40152**
           First Name         Middle Name      Last Name

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
   *Examples:* Livestock, poultry, farm-raised fish
   ☑ No
   ☐ Yes...                                                                                    _____

48. **Crops--either growing or harvested**
   ☑ No
   ☐ Yes.  Give specific
      information................                                                             _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
   ☑ No
   ☐ Yes...                                                                                    _____

50. **Farm and fishing supplies, chemicals, and feed**
   ☑ No
   ☐ Yes...                                                                                    _____

51. **Any farm- and commercial fishing-related property you did not already list**
   ☑ No
   ☐ Yes.  Give specific
      information................                                                             _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**........................................................... →   | $0.00 |

---

**Part 7:**   **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ☑ No
   ☐ Yes.  Give specific information.

54. **Add the dollar value of all of your entries from Part 7. Write that number here**............................................ →   | $0.00 |

Debtor 1    **Christopher        David            Ganter**                    Case number (if known)    **16-40152**
_____
First Name        Middle Name        Last Name

## Part 8:    List the Totals of Each Part of this Form

55.  **Part 1: Total real estate, line 2**......................................................................................➔    _____ **$410,000.00**

56.  **Part 2: Total vehicles, line 5**    _____ **$8,000.00**

57.  **Part 3: Total personal and household items, line 15**    _____ **$36,030.00**

58.  **Part 4: Total financial assets, line 36**    _____ **$250.00**

59.  **Part 5: Total business-related property, line 45**    _____ **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**    _____ **$0.00**

61.  **Part 7: Total other property not listed, line 54**    +    _____ **$0.00**

62.  **Total personal property.**    Add lines 56 through 61..................    | **$44,280.00** |    Copy personal property total    ➔    +    _____ **$44,280.00**

63.  **Total of all property on Schedule A/B.**    Add line 55 + line 62.......................................................    | **$454,280.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Christopher** | **David** | **Ganter** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **16-40152** | | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?**   *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
    ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**10521 Rogers Road, Frisco, Texas 75023**<br>Line from *Schedule A/B*: **1.1** | **$410,000.00** | ☑ **$55,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description:<br>**2003 Jeep Wrangler (approx. 43000 miles)**<br>Line from *Schedule A/B*: **3.1** | **$7,500.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $155,675?**
    (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No
    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1    **Christopher**       **David**          **Ganter**                          Case number (if known)    **16-40152**
            First Name            Middle Name        Last Name

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **10' Ranch Trailer (1st exemption claimed for this asset)** Line from *Schedule A/B*: __4.1__ | $500.00 | ☑ $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(3) |
| Brief description: **10' Ranch Trailer (2nd exemption claimed for this asset)** Line from *Schedule A/B*: __4.1__ | $500.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) |
| Brief description: **household goods (approximate)** Line from *Schedule A/B*: __6__ | $25,000.00 | ☐ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **electronics (approximate)** Line from *Schedule A/B*: __7__ | $5,000.00 | ☑ $5,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Picture** Line from *Schedule A/B*: __8__ | $250.00 | ☑ $250.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Baseball glove, volleyball equipemnt, golf clubs (approximate)** Line from *Schedule A/B*: __9__ | $500.00 | ☐ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **22 caliber rifle** Line from *Schedule A/B*: __10__ | $50.00 | ☑ $50.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(7) |
| Brief description: **clothes (approximate)** Line from *Schedule A/B*: __11__ | $5,000.00 | ☐ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) |
| Brief description: **wedding ring** Line from *Schedule A/B*: __12__ | $80.00 | ☐ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |



Debtor 1    **Christopher          David          Ganter**                    Case number (if known)   **16-40152**
             First Name            Middle Name      Last Name

---

## Part 2:    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **labrador and aussie shepard**  Line from *Schedule A/B*: __13__ | __$150.00__ | ☑ __$150.00__  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |
| Brief description: **Term life insurance policy with Fidelity**  Line from *Schedule A/B*: __31__ | __$0.00__ | ☑ __$0.00__  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |



**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Christopher** First Name | **David** Middle Name | **Ganter** Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): **16-40152**

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1**

**First State Bank**
Creditor's name
**1 Commerce Park**
Number    Street

**Shallowater    TX    79363**
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this claim relates to a community debt

Date debt was incurred    **2007**

**Describe the property that secures the claim:**    **$355,000.00**    **$410,000.00**

**10521 Rogers Road**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Promissory Note**

Last 4 digits of account number    ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:

| **$355,000.00** |
|---|

Debtor 1    **Christopher**        **David**            **Ganter**                          Case number (if known)    **16-40152**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Amount of claim Do not deduct the value of collateral | Value of collateral that supports this claim | Unsecured portion If any |

| 2.2 | | Describe the property that secures the claim: | $6,000.00 | $7,500.00 | |

**First State Bank**
Creditor's name
**1 Commerce Park**
Number    Street

_____

**Shallowater**       **TX**    **79363**
City                State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred**    2015

**Describe the property that secures the claim:**

**2003 Jeep Wrangler**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Purchase Money**

**Last 4 digits of account number**    ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:    | $6,000.00 |

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    | **$361,000.00** |

Debtor 1  **Christopher**     **David**         **Ganter**         Case number (if known)  **16-40152**
          First Name        Middle Name      Last Name

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**1**

**Collin College**
Name
**PO Box 8046**
Number      Street

On which line in Part 1 did you enter the creditor?  _____

Last 4 digits of account number   ___ ___ ___ ___

**McKinney**                **TX**    **75071**
City                      State   ZIP Code

**2**

**Collin County**
Name
**P.O. Box 8046**
Number      Street

On which line in Part 1 did you enter the creditor?  _____

Last 4 digits of account number   ___ ___ ___ ___

**McKinney**                **TX**    **75070**
City                      State   ZIP Code

**3**

**Frisco City**
Name
**PO Box 8046**
Number      Street

On which line in Part 1 did you enter the creditor?  _____

Last 4 digits of account number   ___ ___ ___ ___

**McKinney**                **TX**    **75071**
City                      State   ZIP Code

**4**

**Frisco ISD**
Name
**6948 West Maple Street**
Number      Street

On which line in Part 1 did you enter the creditor?  _____

Last 4 digits of account number   ___ ___ ___ ___

**Frisco**                  **TX**    **75034**
City                      State   ZIP Code

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Christopher** | **David** | **Ganter** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **16-40152**
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | $420,000.00 | $420,000.00 | $0.00 |

**IRS**
Priority Creditor's Name
**4050 Alpha Road, Suite 170**
Number        Street

**Dallas**                    **TX**    **75244**
City                          State   ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **7  2  1  6**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1   **Christopher**      **David**         **Ganter**                          Case number (if known)   **16-40152**
           First Name           Middle Name       Last Name

---

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

    ☐ No.  You have nothing to report in this part. Submit this form to the court with you other schedules.

    ☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
    If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what
    type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in
    Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

**4.1**

| | |
|---|---|
| **2X5 Trust** | **$340,000.00** |

**2X5 Trust**
Nonpriority Creditor's Name
**4747 Hulen Street, St 100**
Number      Street

**Fort Worth**                **TX**    **75012**
City                          State     ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **7   9   1   3**
**When was the debt incurred?**    **2006**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☑ Debts to pension or profit-sharing plans, and other similar debts
☐ Other.  Specify

**4.2**

| | |
|---|---|
| **Andrew Franch** | **$55,000.00** |

**Andrew Franch**
Nonpriority Creditor's Name
**901 Main Street, St 4401**
Number      Street

**Dallas**                    **TX**    **75202**
City                          State     ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **7   2   1   6**
**When was the debt incurred?**    **2010**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Personal guaranty**

Debtor 1   **Christopher**      **David**      **Ganter**          Case number (if known)   **16-40152**
          First Name      Middle Name      Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.3**                                                                                $30,000.00

**Grover Crossland Sr & Theresa Crossland**
Nonpriority Creditor's Name
**1 Main Street**
Number      Street

**Fort Smith**          **AR**   **72901**
City                State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **7** **2** **1** **6**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Unknown**

---

**4.4**                                                                                $0.00

**Jack Trybus**
Nonpriority Creditor's Name
**5420 LBJ Freeway, St 1200**
Number      Street

**Dallas**          **TX**   **75240**
City                State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Personal Guaranty**

---

**4.5**                                                                                $300,000.00

**JST Financial**
Nonpriority Creditor's Name
**5420 LBJ Freeway, St 1200**
Number      Street

**Dallas**          **TX**   **75240**
City                State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?** **2010**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Personal Guaranty**

---

Debtor 1  **Christopher**        **David**            **Ganter**
          First Name           Middle Name          Last Name

Case number (if known)  **16-40152**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.6 |
|---|

**$5,000.00**

**Terry Hambrick**
Nonpriority Creditor's Name
**202 9th Ave South**
Number    Street

_____

**Sarnt Harbour**          **FL**    **34695**
City                     State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___
**When was the debt incurred?**    **2012**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Personal Guaranty**

| 4.7 |
|---|

**$5,377.00**

**TXU/Mark Ellerbe**
Nonpriority Creditor's Name
**58 Westheimer, 5th Floor**
Number    Street

_____

**Houston**              **TX**    **77057**
City                    State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___
**When was the debt incurred?**    **2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Electric Bill**

Debtor 1  __Christopher__   __David__   __Ganter__          Case number (if known) __16-40152__
      First Name     Middle Name     Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.**
For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the
debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for
any debts in Parts 1 or 2, do not fill out or submit this page.

---

__Brent Shearer__
Name
__2154 main st__
Number    Street

__tampa__    __FL__    __33604__
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                         ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

__Gaspar Urso__
Name
__3159 Asoleado Circle__
Number    Street

__Las Vegas__    __NV__    __89121__
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                         ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

__Heidi Heil IRA__
Name
__26637  Castleview Way__
Number    Street

__Wesley Chapel__    __FL__    __33544__
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                         ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

__Heritage Pacific Financial, LLC__
Name
__c/o Chris Moser__
Number    Street
__Trustee__

__2001 Bryan Street, St 1800__

__Dallas__    __TX__    __75201__
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                         ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

__Holzer, Ltd.__
Name
__PO Box 940072__
Number    Street

__Plano__    __TX__    __75094__
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                         ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---



Debtor 1    **Christopher        David        Ganter**        Case number (if known)   **16-40152**
_____First Name_____Middle Name_____Last Name_____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Independent Bank**
Name
**c/o Timothy Zeiger**
Number    Street
**9201 N. Central Expressway, 4th Floor**
_____

**Dallas**                **TX    75231**
City                      State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**James Jukes**
Name
**20815 Magnolia Brook Ln**
Number    Street
_____

**Cypress**               **TX    77433**
City                      State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**JJT Financial, LLC**
Name
**921 Nottingham Drive**
Number    Street
_____

**Cedar Hill**            **TX    75104**
City                      State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**Larry Kana**
Name
**2627 Aztec Ct.**
Number    Street
_____

**League City**           **TX    77537**
City                      State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**Lisa Krawski**
Name
**3184 chapel st**
Number    Street
_____

**tampa**                 **FL    33604**
City                      State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**Margaret Shepherd**
Name
**6503 N. 12th Street**
Number    Street
_____

**Tampa**                 **FL    33604**
City                      State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___



Debtor 1  **Christopher**     **David**     **Ganter**         Case number (if known)   **16-40152**
       First Name         Middle Name         Last Name

### Part 3:    List Others to Be Notified About a Debt That You Already Listed -- Continuation Page

**Maureen Montalvo**
Name
**402 Strawberry Blvd**
Number    Street

**Valrico**        **FL**    **33594**
City            State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**Nancy Johnson**
Name
**P.O. Box 112**
Number    Street

**Valrico**        **FL**    **33595**
City            State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**Redwater**
Name
**539 W Crossland Blvd.**
Number    Street

**Grand Prairie**        **TX**    **75052**
City            State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**Reggiano Marketing**
Name
**9811 W. Charleston Blvd, #2623**
Number    Street

**Las Vegas**        **NV**    **89117**
City            State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**Securties and Exchange Commission**
Name
**c/o Brent Reece**
Number    Street
**801 Cherry St, 19th Floor**

**Fort Worth**        **TX**    **76102**
City            State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**Terry Hambrick**
Name
**c/o Nicholas O'Kelly**
Number    Street
**3109 Carlisle Street**

**Dallas**        **TX**    **75204**
City            State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___



Debtor 1    **Christopher**     **David**      **Ganter**         Case number (if known)   **16-40152**
           First Name          Middle Name        Last Name

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

---

**The State of Texas**
Name
**c/o Greg Willis**
Number     Street
**2100 Bloomdale Road, Suite 100**

_____

**McKinney**        **TX**     **75071**
City             State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___



Debtor 1  **Christopher**      **David**           **Ganter**                          Case number (if known)  **16-40152**
_____
First Name          Middle Name          Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---------|--------------------------------------------------|

6.  Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

|   |   |   | Total claim |
|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. **$420,000.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. **$0.00** |
| | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. + **$0.00** |
| | 6e. | **Total.**  Add lines 6a through 6d. | 6d. **$420,000.00** |

|   |   |   | Total claim |
|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. **$0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. **$340,000.00** |
| | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + **$395,377.00** |
| | 6j. | **Total.**  Add lines 6f through 6i. | 6j. **$735,377.00** |

**Fill in this information to identify your case:**

| Debtor 1 | __Christopher__ | __David__ | __Ganter__ |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __EASTERN DISTRICT OF TEXAS__

| Case number (if known) | __16-40152__ |
|---|---|

☐ Check if this is an amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for** (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**          **State what the contract or lease is for**



**Fill in this information to identify your case:**

Debtor 1    __Christopher__     __David__     __Ganter__
             First Name          Middle Name   Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: __EASTERN DISTRICT OF TEXAS__

Case number   __16-40152__
(if known)

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                   12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1.  **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)
    ☐ No
    ☑ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
    ☐ No.  Go to line 3.
    ☑ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?
        ☐ No
        ☑ Yes
        In which community state or territory did you live?     __Texas__     Fill in the name and current address of that person.

        __Laura Ann Ganter__
        Name of your spouse, former spouse, or legal equivalent
        __10521 Rogers Road__
        Number      Street

        __Frisco__                  __TX__     __75033__
        City                        State      ZIP Code

3.  In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G).  Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

    *Column 1:*  **Your codebtor**                              *Column 2:*  **The creditor to whom you owe the debt**

                                                               Check all schedules that apply:

| 3.1 | **Grover Crossland, Jr.** |
|-----|---------------------------|

     Name
     **5728 Lunsford Rd, #114**
     Number      Street

     **Plano**                   **TX**     **75024**
     City                        State      ZIP Code

    ☐ Schedule D, line _____
    ☑ Schedule E/F, line   __4.3__
    ☐ Schedule G, line _____
    **Grover Crossland Sr & Theresa Crossland**

Debtor 1    **Christopher      David        Ganter**                    Case number (if known)  **16-40152**
            First Name     Middle Name    Last Name

## Additional Page to List More Codebtors

Column 1:  **Your codebtor**                    Column 2:  **The creditor to whom you owe the debt**

                                                Check all schedules that apply:

**3.2**    **Heritage Pacific Financial, LLC**
           Name
           **c/o Chris Moser**                  ☐ Schedule D, line _____
           Number    Street
           **Trustee**                          ☑ Schedule E/F, line   **2.1**

                                                ☐ Schedule G, line _____
           **Dallas**              **TX**    **75201**    **IRS**
           City                    State    ZIP Code

**3.3**    **HP Debt Exchange, LLC**
           Name
           **6404 International Parkway, Suite 2250**    ☐ Schedule D, line _____
           Number    Street
                                                ☑ Schedule E/F, line   **5.13**

                                                ☐ Schedule G, line _____
           **Plano**               **TX**    **75093**    **Nancy Johnson**
           City                    State    ZIP Code

**3.4**    **HP Debt Exchange, LLC**
           Name
           **6404 International Parkway, Suite 2250**    ☐ Schedule D, line _____
           Number    Street
                                                ☑ Schedule E/F, line   **5.14**

                                                ☐ Schedule G, line _____
           **Plano**               **TX**    **75093**    **Redwater**
           City                    State    ZIP Code

**3.5**    **HP Debt Exchange, LLC**
           Name
           **6404 International Parkway, Suite 2250**    ☐ Schedule D, line _____
           Number    Street
                                                ☑ Schedule E/F, line   **5.15**

                                                ☐ Schedule G, line _____
           **Plano**               **TX**    **75093**    **Reggiano Marketing**
           City                    State    ZIP Code

**3.6**    **HP Debt Exchange, LLC**
           Name
           **6404 International Parkway, Suite 2250**    ☐ Schedule D, line _____
           Number    Street
                                                ☑ Schedule E/F, line   **5.10**

                                                ☐ Schedule G, line _____
           **Plano**               **TX**    **75093**    **Lisa Krawski**
           City                    State    ZIP Code

**3.7**    **HP Debt Exchange, LLC**
           Name
           **6404 International Parkway, Suite 2250**    ☐ Schedule D, line _____
           Number    Street
                                                ☑ Schedule E/F, line   **5.11**

                                                ☐ Schedule G, line _____
           **Plano**               **TX**    **75093**    **Margaret Shepherd**
           City                    State    ZIP Code

**3.8**    **HP Debt Exchange, LLC**
           Name
           **6404 International Parkway, Suite 2250**    ☐ Schedule D, line _____
           Number    Street
                                                ☑ Schedule E/F, line   **5.12**

                                                ☐ Schedule G, line _____
           **Plano**               **TX**    **75093**    **Maureen Montalvo**
           City                    State    ZIP Code



Debtor 1    **Christopher**        **David**        **Ganter**                    Case number (if known)  **16-40152**
　　　　　 First Name　　　　Middle Name　　　Last Name

**Additional Page to List More Codebtors**

Column 1:  **Your codebtor**                                    Column 2:  **The creditor to whom you owe the debt**

　　　　　　　　　　　　　　　　　　　　　　　　　　 Check all schedules that apply:

**3.9**  **HP Debt Exchange, LLC**
　　　　Name
　　　　**6404 International Parkway, Suite 2250**
　　　　Number　　　Street

　　　　**Plano**　　　　　　　　　**TX**　　**75093**
　　　　City　　　　　　　　　State　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.6**
☐ Schedule G, line _____
**Terry Hambrick**

**3.10**  **HP Debt Exchange, LLC**
　　　　Name
　　　　**6404 International Parkway, Suite 2250**
　　　　Number　　　Street

　　　　**Plano**　　　　　　　　　**TX**　　**75093**
　　　　City　　　　　　　　　State　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.7**
☐ Schedule G, line _____
**TXU/Mark Ellerbe**

**3.11**  **HP Debt Exchange, LLC**
　　　　Name
　　　　**6404 International Parkway, Suite 2250**
　　　　Number　　　Street

　　　　**Plano**　　　　　　　　　**TX**　　**75093**
　　　　City　　　　　　　　　State　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.5**
☐ Schedule G, line _____
**JST Financial**

**3.12**  **HP Debt Exchange, LLC**
　　　　Name
　　　　**6404 International Parkway, Suite 2250**
　　　　Number　　　Street

　　　　**Plano**　　　　　　　　　**TX**　　**75093**
　　　　City　　　　　　　　　State　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.4**
☐ Schedule G, line _____
**Jack Trybus**

**3.13**  **HP Debt Exchange, LLC**
　　　　Name
　　　　**6404 International Parkway, Suite 2250**
　　　　Number　　　Street

　　　　**Plano**　　　　　　　　　**TX**　　**75093**
　　　　City　　　　　　　　　State　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **5.9**
☐ Schedule G, line _____
**Larry Kana**

**3.14**  **HP Debt Exchange, LLC**
　　　　Name
　　　　**6404 International Parkway, Suite 2250**
　　　　Number　　　Street

　　　　**Plano**　　　　　　　　　**TX**　　**75093**
　　　　City　　　　　　　　　State　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **5.8**
☐ Schedule G, line _____
**JJT Financial, LLC**

**3.15**  **HP Debt Exchange, LLC**
　　　　Name
　　　　**6404 International Parkway, Suite 2250**
　　　　Number　　　Street

　　　　**Plano**　　　　　　　　　**TX**　　**75093**
　　　　City　　　　　　　　　State　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **5.3**
☐ Schedule G, line _____
**Heidi Heil IRA**



Debtor 1    **Christopher**     **David**     **Ganter**       Case number (if known)   **16-40152**
       First Name        Middle Name        Last Name

**Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**          *Column 2:* **The creditor to whom you owe the debt**

                                                           Check all schedules that apply:

**3.16**   **HP Debt Exchange, LLC**
       Name
       **6404 International Parkway, Suite 2250**
       Number    Street

       **Plano**            **TX**     **75093**
       City              State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **5.5**
- ☐ Schedule G, line _____

**Holzer, Ltd.**

**3.17**   **HP Debt Exchange, LLC**
       Name
       **6404 International Parkway, Suite 2250**
       Number    Street

       **Plano**            **TX**     **75093**
       City              State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **5.7**
- ☐ Schedule G, line _____

**James Jukes**

**3.18**   **HP Debt Exchange, LLC**
       Name
       **6404 International Parkway, Suite 2250**
       Number    Street

       **Plano**            **TX**     **75093**
       City              State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **5.1**
- ☐ Schedule G, line _____

**Brent Shearer**

**3.19**   **HP Debt Exchange, LLC**
       Name
       **6404 International Parkway, Suite 2250**
       Number    Street

       **Plano**            **TX**     **75093**
       City              State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **5.2**
- ☐ Schedule G, line _____

**Gaspar Urso**

**3.20**   **HP Debt Exchange, LLC**
       Name
       **6404 International Parkway, Suite 2250**
       Number    Street

       **Plano**            **TX**     **75093**
       City              State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.1**
- ☐ Schedule G, line _____

**2X5 Trust**

**3.21**   **HP Debt Exchange, LLC**
       Name
       **6404 International Parkway, Suite 2250**
       Number    Street

       **Plano**            **TX**     **75093**
       City              State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.2**
- ☐ Schedule G, line _____

**Andrew Franch**

## Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Christopher** | **David** | **Ganter** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **16-40152** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income                                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | Consultant | |
| **Employer's name** | | Savant LG, LLC | |
| **Employer's address** | | 10015 Rearwin Lane | |
| | | Number  Street | Number  Street |
| | | | |
| | | McKinney          TX    75033 | |
| | | City                        State  Zip Code | City                        State  Zip Code |
| **How long employed there?** | | 1 year | |

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $4,500.00 | |
| 3. | Estimate and list monthly overtime pay. | 3. + $0.00 | + |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $4,500.00 | |

Debtor 1 **Christopher**　　**David**　　**Ganter**　　　Case number (if known) **16-40152**

First Name　　　　Middle Name　　　　Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................. ➔ | 4. | **$4,500.00** | _____ |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | **$0.00** | _____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | **$0.00** | _____ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | **$0.00** | _____ |
| 5d. **Required repayments of retirement fund loans** | 5d. | **$0.00** | _____ |
| 5e. **Insurance** | 5e. | **$0.00** | _____ |
| 5f. **Domestic support obligations** | 5f. | **$0.00** | _____ |
| 5g. **Union dues** | 5g. | **$0.00** | _____ |
| 5h. **Other deductions.** Specify: _____ | 5h.**+** | **$0.00** | _____ |

6. **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.　　6. **$0.00** _____

7. **Calculate total monthly take-home pay.**   Subtract line 6 from line 4.　　7. **$4,500.00** _____

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** | 8a. | **$0.00** | _____ |

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8b. **Interest and dividends** | 8b. | **$0.00** | _____ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | 8c. | **$0.00** | _____ |

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8d. **Unemployment compensation** | 8d. | **$0.00** | _____ |
| 8e. **Social Security** | 8e. | **$0.00** | _____ |
| 8f. **Other government assistance that you regularly receive** | | | |

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Specify: _____ | 8f. | **$0.00** | _____ |
| 8g. **Pension or retirement income** | 8g. | **$0.00** | _____ |
| 8h. **Other monthly income.** Specify: _____ | 8h.**+** | **$0.00** | _____ |

9. **Add all other income.**   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.　　9. **$0.00**　　_____

10. **Calculate monthly income.**   Add line 7 + line 9.　　10. **$4,500.00** + _____ = **$4,500.00**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____　　11. **+** **$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.**   The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.　　12. **$4,500.00**

Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain: **I should earn about $60,000 in commissions.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Christopher** | **David** | **Ganter** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **16-40152**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | **Spouse** | **48** | ☐ No  ☑ Yes |
   | **Daughter** | **11** | ☐ No  ☑ Yes |
   | **Daughter** | **16** | ☐ No  ☑ Yes |
   | _____ | ____ | ☐ No  ☐ Yes |
   | _____ | ____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. _____ **$2,194.00** |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. _____ **$600.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. _____ **$100.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. _____ |
| 4d. | Homeowner's association or condominium dues | 4d. _____ |



Debtor 1   __Christopher__     __David__     __Ganter__     Case number (if known)   __16-40152__
       First Name      Middle Name      Last Name

**Your expenses**

| | | Your expenses |
|---|---|---|
| **5.** | **Additional mortgage payments for your residence,** such as home equity loans | 5. |
| **6.** | **Utilities:** | |
| | 6a.  Electricity, heat, natural gas | 6a.  $300.00 |
| | 6b.  Water, sewer, garbage collection | 6b.  $50.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. |
| | 6d.  Other. Specify: _____ | 6d. |
| **7.** | **Food and housekeeping supplies** | 7.  $400.00 |
| **8.** | **Childcare and children's education costs** | 8. |
| **9.** | **Clothing, laundry, and dry cleaning** | 9. |
| **10.** | **Personal care products and services** | 10.  $100.00 |
| **11.** | **Medical and dental expenses** | 11. |
| **12.** | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12.  $100.00 |
| **13.** | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. |
| **14.** | **Charitable contributions and religious donations** | 14. |
| **15.** | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.  Life insurance | 15a.  $75.00 |
| | 15b.  Health insurance | 15b. |
| | 15c.  Vehicle insurance | 15c.  $60.00 |
| | 15d.  Other insurance. Specify: _____ | 15d. |
| **16.** | **Taxes.**  Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. |
| **17.** | **Installment or lease payments:** | |
| | 17a.  Car payments for Vehicle 1 | 17a.  $200.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. |
| | 17c.  Other. Specify: _____ | 17c. |
| | 17d.  Other. Specify: _____ | 17d. |
| **18.** | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. |
| **19.** | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. |



Debtor 1  **Christopher**          **David**          **Ganter**          Case number (if known)  **16-40152**
          First Name              Middle Name        Last Name

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | _____ |
| 20b. | Real estate taxes | 20b. | _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | _____ |

21. **Other.**  Specify: _____  21.  **+** _____

22. **Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$4,179.00** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | _____ |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. | **$4,179.00** |

23. **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$4,500.00** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | **−  $4,179.00** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$321.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:
**None.**

## Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Christopher**<br>First Name | **David**<br>Middle Name | **Ganter**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **16-40152**
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.......................................... | **$410,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................. | **$44,280.00** |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................... | **$454,280.00** |

### Part 2:   Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$361,000.00** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................... | **$420,000.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F........................... + | **$735,377.00** |
| | Your total liabilities | **$1,516,377.00** |

### Part 3:   Summarize Your Income and Expenses

|  |  | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I.................................................................... | **$4,500.00** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J.................................................................................. | **$4,179.00** |

Debtor 1    Christopher        David            Ganter            Case number (if known)  __16-40152__
            First Name         Middle Name      Last Name

**Part 4:**   Answer These Questions for Administrative and Statistical Records

6.  Are you filing for bankruptcy under Chapters 7, 11, or 13?

☐  **No.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
☑  **Yes**

7.  What kind of debt do you have?

☐  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
☑  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8.  From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

| | Total claim |
|---|---|
| From Part 4 on *Schedule E/F,* copy the following: | |
| 9a.  Domestic support obligations.  (Copy line 6a.) | _____ |
| 9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.) | _____ |
| 9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | _____ |
| 9d.  Student loans.  (Copy line 6f.) | _____ |
| 9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | _____ |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | +  _____ |
| 9g.  **Total.**   Add lines 9a through 9f. | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | <u>**Christopher**</u> | <u>**David**</u> | <u>**Ganter**</u> |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>**EASTERN DISTRICT OF TEXAS**</u>

Case number  <u>**16-40152**</u>
(if known)

☐ Check if this is an
amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules                     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement,
concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to
$250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice,*
*Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are
true and correct.

X _____          X _____

Christopher David Ganter, Debtor 1              Signature of Debtor 2

Date <u>**5/13/2016**</u>                         Date _____
  MM / DD / YYYY                                  MM / DD / YYYY



**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

IN RE:   **Christopher David Ganter**                                      CASE NO   **16-40152**

                                                                                CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____5·13-2016_____          Signature _____
                                                              *Christopher David Ganter*


Date _____          Signature _____

Brent Shearer
2154 main st
tampa, fl 33604


Collin College
PO Box 8046
McKinney, TX 75071


Collin County
P.O. Box 8046
McKinney, TX 75070


First State Bank
1 Commerce Park
Shallowater, Texas 79363


Frisco City
PO Box 8046
McKinney, TX 75071


Frisco ISD
6948 West Maple Street
Frisco, TX 75034


Gaspar Urso
3159 Asoleado Circle
Las Vegas, NV 89121


Grover Crossland Sr & Theresa Crossland
1 Main Street
Fort Smith, AR 72901


Grover Crossland, Jr.
5728 Lunsford Rd, #114
Plano, Texas 75024

Heidi Heil IRA
26637  Castleview Way
Wesley Chapel, FL 33544


Heritage Pacific Financial, LLC
c/o Chris Moser
Trustee
2001 Bryan Street, St 1800
Dallas, Texas 75201

Holzer, Ltd.
PO Box 940072
Plano, TX 75094


HP Debt Exchange, LLC
6404 International Parkway, Suite 2250
Plano, Texas 75093


Independent Bank
c/o Timothy Zeiger
9201 N. Central Expressway, 4th Floor
Dallas, Texas 75231


IRS
4050 Alpha Road, Suite 170
Dallas, TX 75244


Jack Trybus
5420 LBJ Freeway, St 1200
Dallas, Texas 75240


James Jukes
20815 Magnolia Brook Ln
Cypress, TX 77433


JJT Financial, LLC
921 Nottingham Drive
Cedar Hill, TX 75104

JST Financial
5420 LBJ Freeway, St 1200
Dallas, Texas 75240


Larry Kana
2627 Aztec Ct.
League City, TX 77537


Lisa Krawski
3184 chapel st
tampa, fl 33604


Margaret Shepherd
6503 N. 12th Street
Tampa, FL 33604


Maureen Montalvo
402 Strawberry Blvd
Valrico, FL 33594


Nancy Johnson
P.O. Box 112
Valrico, FL 33595


Redwater
539 W Crossland Blvd.
Grand Prairie, TX 75052


Reggiano Marketing
9811 W. Charleston Blvd, #2623
Las Vegas, NV 89117


Securties and Exchange Commission
c/o Brent Reece
801 Cherry St, 19th Floor
Fort Worth, Texas 76102

Terry Hambrick
202 9th Ave South
Sarnt Harbour, FL 34695


Terry Hambrick
c/o Nicholas O'Kelly
3109 Carlisle Street
Dallas, Texas 75204


The State of Texas
c/o Greg Willis
2100 Bloomdale Road, Suite 100
McKinney, Texas 75071


TXU/Mark Ellerbe
58 Westheimer, 5th Floor
Houston, Texas 77057